**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

June 9, 2010

Clerk, U.S. Bankruptcy Court

RE: Edward J. & Denise A. Geromanos
    Bankruptcy Case No. 5-05-55649
    Unclaimed Funds For: Edward & Denise Geromanos
                         394 Penn Estates
                         E Stroudsburg PA 18301-0945

Dear Clerk:

Enclosed herewith please find check No.776189 for $585.00 drawn on the Fulton Bank representing unclaimed funds for the debtor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

*Carol A. Kreider*

Carol A. Kreider
Funds Manager